UNITED STATES of America, Plaintiff–Appellee,

v.

Vincente GUERRERO–GOMEZ, a.k.a. Augustine Ochoa Heredia, Defendant–Appellant.

No. 06–15572 Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Oct. 25, 2007.

Christopher P. Canova, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Spiro T. Kypreos, Pensacola, FL, for Defendant–Appellant.

Before BIRCH, DUBINA and MARCUS, Circuit Judges.

PER CURIAM:

Spiro T. Kypreos, appointed counsel for Vincente Guerrero–Gomez, a.k.a. Augustine Ochoa Heredia, has filed a motion to

withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Guerrero–Gomez's conviction and sentence are **AFFIRMED.**